# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                        Chapter 13

JOHN A. PHILLIPS, JR.                           Bankruptcy No. 19-17503-ELF

1371 WESTBURY DR

PHILADELPHIA, PA 19151-

     Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN A. PHILLIPS, JR.

    1371 WESTBURY DR

    PHILADELPHIA, PA 19151-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A COHEN
    2113 SNYDER AVE

    PHILADELPHIA, PA 19145

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/6/2020                                                                                      /s/ William C. Miller

                                                                                            _____
                                                                                            William C. Miller, Esquire
                                                                                           Chapter 13 Standing Trustee