United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John A Phillips, Jr.  
     Debtor

Case No. 19-17503-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 05, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.  
db       +John A Phillips, Jr.,    1371 Westbury Dr,    Philadelphia, PA 19151-2817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:

        JEROME B. BLANK   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com  
        MARIO J. HANYON   on behalf of Creditor   BANK OF AMERICA, N.A. paeb@fedphe.com  
        MICHAEL ADAM COHEN   on behalf of Debtor John A Phillips, Jr. mcohen1@temple.edu  
        REBECCA ANN SOLARZ   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                                          TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John A. Phillips Jr. aka John Phillips<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　　　　　　Movant<br>　　vs.<br>John A. Phillips Jr. aka John Phillips<br>　　　　　　　　　　Debtor(s)<br>John Phillips, Sr.<br>　　　　　　　　　　Co-Debtor<br>William C. Miller Esq.<br>　　　　　　　　　　Trustee | NO. 19-17503 ELF<br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 4th day of June, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is **granted** and the automatic stay under 11 U.S.C. Section 362 and 1301, is **modified** with respect to the subject premises located at 1371 Westbury Drive, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**