**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:
JOHN A PHILLIPS, Jr.                                        Chapter 13
      Debtor                                        CASE No 19-17503 ELF

CERTIFICATE OF NO RESPONSE

    I, Michael A. Cohen, Esquire, counsel for the Debtor, do hereby certify that September 11, 2020, service was made by first class U.S. mail, postage prepaid/ or by ECF, a true and correct copy of the Motion to Redeem vehicle and Notice of Motion and Hearing Date upon creditor, the Standing Trustee and the U.S. Trustee, per the certificate of service. To date no objection, notice or answer has been filed or served upon undersigned counsel.

Date:  October 3, 2020                         By:   /s/ Michael A. Cohen
                                                           Michael A. Cohen, Esquire
                                                           2113 Snyder Ave
                                                           Philadelphia, PA 19145
                                                           215-873-1159 fax 267-519-3506
                                                           PA Bar #93044