**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

JOHN A PHILLIPS, Jr.                                Chapter 13
          Debtor                                        CASE No 19-17503 ELF

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses of Michael A. Cohen Esquire, Counsel for Debtor (the Application) and after Notice and an opportunity to be heard having been given to the United States Trustee the Standing Trustee, secured creditors in plan, and debtor, and a Certificate of No Response having been filed, and good cause having been shown,

       IT IS **ORDERED** THAT:

       1.       The Fee Application is **GRANTED**; and

       2.       Compensation for professional service rendered in the amount of $3,000.00 and reimbursement of expenses, in the amount of $0, are **ALLOWED**, and the standing Trustee shall disburse from the allowed compensation, less $0.00 previously paid, as an administrative expense.

Date: 10/7/20

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**